**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CHRIS DONELL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS DONELL SMITH,<br><br>Defendant | ) Case No.: 1:18-CR-0071 DAM-BAM<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, CHRIS SMITH, hereby waives his appearance in person in open court upon the status hearing set for June 18, 2018 in Courtroom 8 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 6/14/18         **/s/ Chris Donell Smith**
                              CHRIS DONELL SMITH


Date: 6/14/18         **/s/ David A. Torres**
                              DAVID A. TORRES
                              Attorney for
                              Chris Donell Smith

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Chris Donell Smith is hereby excused from appearing at this court hearing scheduled for June 18, 2018.

IT IS SO ORDERED.

Dated: __June 14, 2018__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE