**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CHRIS DONELL SMITH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS DONELL SMITH<br><br>Defendant | Case No.: 18-00071-DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, CHRIS DONELL SMITH, hereby waives his/her appearance in person in open court upon the status conference set for Monday, August 20, 2018 in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his/her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: August 15, 2018              */s/Chris Donell Smith*____
                                   CHRIS DONELL SMITH


Date: August 15, 2018              */s/David A. Torres*____
                                   DAVID A. TORRES,
                                   Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant CHRIS DONELL SMITH is excused from appearing at this court hearing scheduled for Monday, August 20, 2018.

IT IS SO ORDERED.

Dated: __August 15, 2018__                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE