**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CHRIS DONELL SMITH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:18-CR-0071 DAM-BAM |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS REQUEST AND WAIVER** ) **OF APPEARANCE; ORDER** |
| CHRIS DONELL SMITH, | ) |
| Defendant | ) |

Defendant, CHRIS SMITH, hereby waives his appearance in person in open court upon the

status hearing set for April 22, 2019 in Courtroom 8 of the above entitle court.  Defendant hereby

requests the court to proceed in his absence and agrees that his interest will be deemed

represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant

further agrees to be present in person in court at all future hearing dates set by the court including

the dates for jury trial.

Date: April 17, 2019                      _/s/ Chris Donell Smith_____
                                          CHRIS DONELL SMITH


Date: April 17, 2019                      _/s/ David A. Torres_____
                                          DAVID A. TORRES
                                          Attorney for
                                          Chris Donell Smith

## ORDER

**IT IS HEARBY ORDERED** that defendant Chris Donell Smith is hereby

excused from appearing at this court hearing scheduled for April 22, 2019.

IT IS SO ORDERED.

    Dated:   **April 18, 2019**                 /s/ *Barbara A. McAuliffe*

                                       UNITED STATES MAGISTRATE JUDGE