**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CHRIS DONELL SMITH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:18-CR-0071 DAM-BAM |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS REQUEST AND WAIVER** |
| | ) **OF APPEARANCE; ORDER** |
| CHRIS DONELL SMITH, | ) |
| Defendant | ) |

Defendant, CHRIS SMITH, hereby waives his appearance in person in open court upon the

status hearing set for May 28, 2019 in Courtroom 8 of the above entitle court.  Defendant hereby

requests the court to proceed in his absence and agrees that his interest will be deemed

represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant

further agrees to be present in person in court at all future hearing dates set by the court including

the dates for jury trial.

Date:   5/22/19                          __*/s/ Chris Donell Smith*_____ _
                                        CHRIS DONELL SMITH


Date: 5/22/19                           __*/s/ David A. Torres*_____
                                        DAVID A. TORRES
                                        Attorney for
                                        Chris Donell Smith

## **ORDER**

Good cause appearing. **IT IS HEARBY ORDERED** that defendant Chris Donell Smith is hereby excused from appearing at this court hearing scheduled for May 28, 2019.

IT IS SO ORDERED.

Dated:   **May 23, 2019**        /s/ *Barbara A. McAuliffe*
                            UNITED STATES MAGISTRATE JUDGE