DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CHRIS DONELL SMITH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS DONELL SMITH,<br><br>Defendants. | Case No. 18-CR-00071 BAM-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CHRIS SMITH, by and through his attorney of record, DAVID A. TORRES hereby requesting that the change of plea hearing currently set for Tuesday, January 21, 2020, be continued to Monday, February 3, 2020. Counsel is also requesting that the trial date of February 4, 2020 be vacated.

I am currently engaged in a homicide trial in the matter *of People v. Michaele Bowers; BF167356A* in the Kern County Superior Court. Counsel is expected to rest their case early next week. I have spoken to AUSA Melanie Alsworth and she has no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1). Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the of the public and the defendant in a speedy trial.

1

**IT IS SO STIPULATED.**

DATED: January 16, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CHRIS SMITH

DATED: January 16, 2020

*/s/Melanie Alswoth*
MELANIE ALSWORTH
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORERED** that the change of plea hearing set for Tuesday, January 21, 2020 be continued to Monday, February 3, 2020 at 10:00 a.m and the trial date of February 4, 2020 be vacated. Time is excluded to February 3, 2020 pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **January 16, 2020**

_____
UNITED STATES DISTRICT JUDGE