DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CHRIS DONELL SMITH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00071 DAD-BAM |
| Plaintiff, | |
| CHRIS DONELL SMITH, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CHRIS DONELL SMITH, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Tuesday, September 1, 2020, be continued to Monday, November 2, 2020.

I am in week three of a homicide trial with a four week estimate which is scheduled to continue into next week.  AUSA Melanie Alsworth is assigned to both cases and is not available to proceed until after October 12, 2020.  After reviewing the court's schedule, Ms. Alsworth and I have agreed to continue sentencing to November 2, 2020.

1

**IT IS SO STIPULATED.**

DATED: August 27, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CHRIS DONELL SMITH

DATED: August 27, 2020

*/s/Melanie Alswoth*
MELANIE ALSWORTH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORERED** that the sentencing hearing set for Tuesday, September 1, 2020 be continued to Monday, November 2, 2020.

IT IS SO ORDERED.

Dated:   **August 28, 2020**

UNITED STATES DISTRICT JUDGE